IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V.  NO. 12-mj-1084

WANDY SOSA

## ORDER

The government's motion to seal this matter pending defendant's apprehension and arrest is GRANTED.

September 12, 2012
DATE

UNITED STATES MAGISTRATE JUDGE

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
SEP 1 2 2012
BY_____
DEPUTY CLERK